IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR No. 09- /9 9 – HA |
| v. | **INDICTMENT**<br>[18 U.S.C. §§ 1591, 2423, |
| DONNICO TYREL JOHNSON and<br>LISA MILES, | 2422, and 2421] |
| Defendants. | UNDER SEAL    SEALED |

THE GRAND JURY CHARGES:

## COUNT 1

**Sex Trafficking**
**18 U.S.C. § 1591**

Beginning about December 2007 and continuing through about February 2008, in the District of Oregon and elsewhere, **DONNICO TYREL JOHNSON**, defendant herein, aided and abetted by others known and unknown to the grand jury, did the following acts, knowing that "K.C.", a female under the age of 18, would be used to engage in commercial sex acts:

(a) Defendant, **DONNICO TYREL JOHNSON** did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide and obtain by any means, "K.C.", a female under the age of 18; and

(b) Defendant **DONNICO TYREL JOHNSON** did, benefit, financially and by receiving a thing of value, from participation in a venture which engaged in commercial sex acts. All in violation of Title 18, United States Code, Sections 1591(a) and 1591(b)(2).

////

////

## COUNT 2

**Transportation of Minors**
**18 U.S.C. § 2423**

Beginning about December 2007 and continuing through about February 2008, in the District of Oregon and elsewhere, **DONNICO TYREL JOHNSON**, defendant herein, did knowingly transport "K.C.", a female under the age of 18, in interstate commerce from Seattle, State of Washington to Portland, State of Oregon, with the intent that "K.C." engage in prostitution. All in violation of Title 18, United States Code, Section 2423(a).

## COUNT 3

**Coercion and Enticement**
**18 U.S.C. § 2422**

Beginning about December 2007 and continuing through about February 2008, in the District of Oregon and elsewhere, **DONNICO TYREL JOHNSON**, defendant herein, while using the mail or any facility or means of interstate or foreign commerce, did knowingly persuade, induce, entice, or coerce, "K.C..", a female under the age of 18, to engage in prostitution or in any sexual activity for which any person could be charged with a criminal offense. All in violation of Title 18, United States Code, Section 2422(b).

## COUNT 4

**Mann Act**
**18 U.S.C. § 2421**

Beginning about December 2007 and continuing through about February 2008, in the District of Oregon and elsewhere, **DONNICO TYREL JOHNSON and LISA MILES**, defendants herein, did knowingly transport, "K.C." in interstate commerce from State of Washington, to Portland, State of Oregon, while having the intent that "K.C." engage in

prostitution or in any sexual activity for which any person could be charged with a criminal offense. All in violation of Title 18, United States Code, Section 2421.

DATED this 19th day of May 2009.

A TRUE BILL

_____
OFFICIATING FOREPERSON

Presented by:
KARIN J. IMMERGUT
United States Attorney

_____
KEMP L. STRICKLAND, OSB #96118
Assistant United States Attorney